JS - 6

**FILED: 1/08/2013**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | NO. **CV 12-9017-GHK** |
| ) | (CR 10-384-GHK; |
| Plaintiff, ) | CR 10-394-GHK) |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| ALEJANDRO MORFIN GARCIA, ) | |
| ) | |
| Defendant. ) | |

Based on our January 8, 2013 Order Denying Defendant's Section 2255 Motion, and denying certificate of appealability, IT IS ADJUDGED that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: This 8th day of January, 2013

_____
George H. King
Chief United States District Judge